UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:19-cr-38 DRL-MGG |
| HENRY E. WOOD, | |
| Defendant. | |

ORDER

Magistrate Judge Michael Gotsch recommended the denial of Henry Wood's motion for temporary release from custody on pandemic and health grounds under 18 U.S.C. § 3142 (ECF 50). No objections were filed by the July 22, 2020 deadline. Satisfied with the report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DENIES Mr. Wood's motion for temporary release (ECF 45).

SO ORDERED.

July 23, 2020                              *s/ Damon R. Leichty*
                                           Judge, United States District Court